IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JAMES G. ROBINSON, ET AL., | * |
| Plaintiffs, | * |
| v. | * Civil Action No. Y-98-4168 |
| | Civil Action No. Y-99-1956 |
| | (Consolidated) |
| GEO LICENSING COMPANY, L.L.C., ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

PRAECIPE OF GEO LICENSING COMPANY, L.L.C., CONSENTING
TO ENTRY OF JUDGMENT IN FAVOR OF GEOPHONE COMPANY,
L.L.C., ON COUNT IV OF THE AMENDED COMPLAINT

Defendant Geo Licensing Company, L.L.C., by its undersigned counsel, hereby

consents to entry of judgment in favor of plaintiff GeoPhone Company, L.L.C., on count

IV of the amended complaint.

Respectfully submitted,

Alfred L. Scanlan, Jr.
Timothy C. Lynch
Scanlan, Rosen & Shar, LLC
26 South Street
Baltimore, Maryland 21202
410.244.1155

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2000, 1 served via
facsimile and first class mail a true and accurate copy of the foregoing praecipe of Geo
Licensing Company, L.L.C., upon:

Richard L. Brusca
Andrew J. O'Connell
Skadden, Arps, Slate, Meagher & Flom LLP

1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

Charles S. Fax
Dana M. S. Wilson
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201

Timothy C. Lynch