IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES G. ROBINSON, ET AL., | * | |
| Plaintiffs, | * | |
| | | Civil Action No. Y-98-4168 |
| v. | * | Civil Action No. Y-99-1956 |
| | | (Consolidated) |
| GEO LICENSING COMPANY, L.L.C., ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

PRAECIPE OF GEOPHONE COMPANY, L.L.C., WITHDRAWING ITS MOTION
FOR SUMMARY JUDGMENT ON COUNT VI OF THE AMENDED COMPLAINT

Plaintiff GeoPhone Company, L.L.C., hereby withdraws its motion for summary judgment as to count VI of the amended complaint. In its stead, GeoPhone and defendant Geo Licensing Company, L.L.C., have jointly filed a stipulation of dismissal without prejudice on count V of the amended complaint and dismissal with prejudice on count VI of the amended complaint.

Respectfully submitted,

_/s/ Dana M. S. Wilson_
Charles S. Fax
Dana M. S. Wilson
Shapiro and Olander, P.A.
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201
410-385-0202

Attorneys for GeoPhone Company, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2000, I served via facsimile and first class mail a true and accurate copy of the foregoing stipulation of dismissal upon:

Richard L. Brusca
Andrew J. O'Connell
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

Alfred L. Scanlan, Jr.
Timothy C. Lynch
Scanlan, Rosen & Shar, LLC
26 South Street
Baltimore, Maryland 21202

Dana M. S. Wilson