UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES G. ROBINSON, et al.,

    Plaintiffs/Counter-defendants,

        v.

GEO LICENSING COMPANY, L.L.C., et al.,

    Defendants/Counter-plaintiffs.

Civil No. Y-98-4168
Civil No. Y-99-1956
(Consolidated)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS W. GLYNN, et al.,

    Consolidated Plaintiffs,

        v.

GEOPHONE COMPANY, L.L.C.,

    Consolidated Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## O R D E R

Upon consideration of James G. Robinson's Motion for Enlargement of Time, it is this ___ day of _____, 2000, by the United States District Court for the District of Maryland, ORDERED that such motion is GRANTED.

    SO ORDERED.

_____
Senior United States District Judge