IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES G. ROBINSON, et al., | * | |
| | * | |
| | * | CIVIL NO. JFM-98-4168 |
| v. | * | |
| | * | and |
| | * | |
| | * | CIVIL NO. JFM-99-1956 |
| GEO LICENSING COMPANY, L.L.C., | * | |
| et al. | * | |
| | * | |

**ORDER**

By consent of all parties, I will stay this matter until June 30, 2001. The Joint Status Report filed by the parties on June 1, 2001 says that Thomas Glynn requests a further stay to September 1, 2001, but gives no reasons. In the absence of any rationale I will not stay the case for an additional two months over the objection of all parties but one. Accordingly, by the United States District Court for the District of Maryland, it is hereby ORDERED that:

1) All proceedings in these actions BE, and the same ARE, hereby STAYED until June 30, 2001; and that

2) Counsel submit a joint status report at the end of that period.

June   , 2001

_____
J. Frederick Motz
United States District Judge