IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES G. ROBINSON, et al. | * | |
| | * | CIVIL NO. JFM-98-4168 |
| | * | |
| v. | * | and |
| | * | |
| GEO LICENSING COMPANY, L.L.C., et al. | * | CIVIL NO. JFM-99-1956 |
| | * | (Consolidated) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

GEOPHONE COMPANY, L.L.C.'S ENTRY OF APPEARANCE OF COUNSEL,
AND MOTION OF PRESENT COUNSEL FOR LEAVE TO WITHDRAW

GeoPhone Company, L.L.C., by its undersigned counsel, respectfully advises the Court that it has retained new counsel to represent it in this matter. Accordingly, GeoPhone requests that the Clerk enter the appearance of Rignal W. Baldwin, Jr., and the law firm of Brassel & Baldwin, P.A., as counsel for GeoPhone Company, L.L.C., in each of the above-captioned matters. Further, GeoPhone's counsel Charles S. Fax, Dana M. S. Wilson and Shapiro Sher & Guinot, respectfully request leave of Court to withdraw their appearances in these matters.

Respectfully submitted,

Rignal W. Baldwin, Jr.
Bar No. # 01219
Brassel & Baldwin, P.A.
112 West Street
Annapolis, Maryland 21401-2802
410-974-9200 (telephone)
410-974-9241 (fax)

FILED ENTERED
JUL 0 9 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                DEPUTY

*/s/ Dana M. S. Wilson*
Charles S. Fax
Dana M. S. Wilson
Shapiro Sher & Guinot
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201
410.385.0202 (telephone)
410.385.1216 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3d day of July, I served via first class United States Mail a true and accurate copy of the foregoing entry of appearance and motion for leave to withdraw, upon:

Alfred L. Scanlan, Jr.
LAW OFFICE OF ALFRED L. SCANLAN, JR.
Suite 141 Village Square
Village of Cross Keys
Baltimore, Maryland 21210

Timothy C. Lynch
SHAR, ROSEN & WARSHAW, LLC
26 South Street
Baltimore, Maryland 21202-2172

Richard L. Brusca, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

*/s/ Dana M.S. Wilson*
Dana M.S. Wilson

2