IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES G. ROBINSON, et al., | * | |
| Plaintiffs, | * | |
| | | Civil Action No. JFM-98-4168 |
| v. | * | Civil Action No. JFM-99-1956 |
| | | (Consolidated) |
| GEO LICENSING COMPANY, L.L.C., et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

## CONSENT DISMISSAL **WITHOUT PREJUDICE** OF THOMAS GLYNN'S COUNTERCLAIM

Defendant, Counter-Plaintiff and Consolidated Plaintiff, Thomas W. Glynn, with the consent of Plaintiff and Counter-Defendant, James G. Robinson, hereby directs the Clerk to dismiss, without prejudice, the Counterclaim he filed in Civil Action No. Y-98-4168.

Respectfully submitted,

_____
Alfred L. Scanlan, Jr.
Federal Bar No. 00262
LAW OFFICE OF ALFRED L. SCANLAN, JR.
Suite 141 Village Square
Village of Cross Keys
Baltimore, Maryland 21210
(410) 433-6800

_____
Timothy C. Lynch
Federal Bar No. 12764
SHAR, ROSEN & WARSHAW, LLC
26 South Street
Baltimore, Maryland  21202-2172
(410) 244-1155
*Attorneys for Thomas W. Glynn*

_____
Richard L. Brusca, Esquire
Federal Bar No. 022930
Andrew J. O'Connell
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005-2111
(202) 371-7000
*Attorney for James G. Robinson*

Dated: July 19, 2001

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July 2001, I served via facsimile and first class mail a true and accurate copy of the foregoing stipulation of dismissal without prejudice upon:

Richard L. Brusca
Andrew J. O'Connell
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

Rignal W. Baldwin, Jr., Esquire
Brassel & Baldwin, P.A.
112 West Street
Annapolis, Maryland 21401-2802

Alfred L. Scanlan, Jr.
Law Office of Alfred L. Scanlan, Jr.
Suite 141 Village Square
Village of Cross Keys
Baltimore, Maryland 21210

Timothy C. Lynch

W:\OPEN\Robinson, James v. GEO\pleadings\Dismissal wo prejudice of C-C.doc