UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 JUL 31 P 3: 43

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

July 31, 2001

Memo To Counsel Re: James G. Robinson, et al. v. GEO Licensing Co., et al.
Civil No. JFM-98-4168

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| December 21, 2001 | Discovery deadline |
| January 18, 2002 | Deadline for defendants' motion(s) for summary judgment |
| February 22, 2002 | Deadline for plaintiffs' opposition to summary judgment motion(s) |
| Fourteen days after plaintiff files opposition | Deadline for defendants' reply |
| June 7, 2002 | Deadline for submitting pretrial order |
| Two week period beginning July 8, 2002 | Trial (non-jury; approximately 7 days) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File