IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES G. ROBINSON, et al.,

    Plaintiffs,

v.                                                              Civil Action No. JFM-98-4168

GEO LICENSING COMPANY, L.L.C., et al.,

    Defendants.

THOMAS W. GLYNN, et al.,

    Consolidated Plaintiffs,

v.                                                              Civil Action No. JFM-99-1956

GEOPHONE COMPANY, L.L.C.,

    Consolidated Defendant.

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of November 2001 ORDERED:

That Plaintiff's Motion for Leave to File a Second Amended Complaint is granted.

                                                  J. Frederick Motz
                                                  United States District Judge

13