IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JAMES G. ROBINSON, et al.          *

      Plaintiffs          *

v.          *          Case Action No. JFM 98-4168
                                        Case Action No. JFM 99-1956
GEO LICENSING COMPANY, L.L.C.,          *          (Consolidated)
et al.
                             *

      Defendants          *

*     *     *     *     *     *     *     *     *

### WITHDRAWAL OF APPEARANCE

Mr. Clerk:

Please withdraw the appearance of Alfred L. Scanlan, Jr. as counsel for Defendant Thomas W. Glynn in the captioned case.

Alfred L. Scanlan, Jr.
Federal Bar No. 00262
20 South Charles Street
Suite 317
Baltimore, Maryland 21201
(410) 433-6800
Attorney for Defendant
Thomas W. Glynn

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ____4th____ day of January, 2002, copies of the foregoing Withdrawal of Appearance were mailed to:

Richard L. Brusca
Skadden, Arps, Slate
  Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

Rignal W. Baldwin, Jr., Esquire
Brassel & Baldwin, P.A.
112 West Street
Annapolis, Maryland 21401-2802

Timothy C. Lynch, Esquire
Shar, Rosen & Warshaw, LLC
26 South Street
Baltimore, Maryland 21202

_____
Alfred L. Scanlan, Jr.