**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 9, 2002

Memo To Counsel Re: James G. Robinson, et al. v. GEO Licensing Co., et al.
Civil No. JFM-98-4168 and JFM-99-1956

Dear Counsel:

This will confirm the revised schedule set during the conference held today.

| | |
|---|---|
| March 22, 2002 | Discovery deadline |
| April 26, 2002 | Deadline for defendants' motion(s) for summary judgment |
| May 24, 2002 | Deadline for plaintiffs' opposition to summary judgment motion(s) |
| June 21, 2002 | Deadline for defendants' reply |
| September 13, 2002 | Deadline for submitting pretrial order |
| Two week period beginning September 30, 2002, preferably September 30th | Trial (non-jury; approximately 2 weeks) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File