**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 5, 2002

Memo To Counsel Re: James G. Robinson, et al. v. GEO Licensing Co., et al.
Civil No. JFM-98-4168 and JFM-99-1956

Dear Counsel:

This will confirm the revised schedule set during the conference held today.

| | |
|---|---|
| June 7, 2002 | Deadline for defendants' motion(s) for summary judgment |
| July 12, 2002 | Deadline for plaintiffs' opposition to summary judgment motion(s) |
| July 31, 2002 | Deadline for defendants' reply |
| November 13, 2002 | Deadline for submitting pretrial order |
| December 3, 2002 | Trial (non-jury; approximately 2-3 weeks) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File