IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JAMES G. ROBINSON, et al., | * |
| Plaintiffs, | * |
| | Civil Action No. JFM-98-4168 |
| v. | *  Civil Action No. JFM 99-1956 |
| THOMAS W. GLYNN, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendant Thomas Glynn's "Motion for Leave to Exceed Maximum Page Limit," there being no opposition thereto, it be and hereby is this ___2nd___ day of ___May___, 2002,

ORDERED, that Defendant, Thomas Glynn has leave to exceed the page limitations established by Local Rule 105 (3), and may file a Memorandum in Support of his Motion for Summary Judgment which is up to 75 pages in length, excluding affidavits and exhibits, tables of content and citations, and addenda of statutes, regulations, and cases.

_____
Frederick J. Motz, Judge
United States District Court

