IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES G. ROBINSON      *
           *
   v.         *   Civil No. JFM-98-4168
           *   Civil No. JFM-99-1956
GEO LICENSING COMPANY, LLC   *
           *****

ORDER

For the reasons stated on the record today, it is, this 3rd day of May 2002

ORDERED that defendants' motion to strike plaintiff's supplemental expert designation is denied, subject to the limitations on the proposed experts' testimony stated on the record during the course of the hearing.

              _____
              J. Frederick Motz
              United States District Judge