UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

May 7, 2002

Memo To Counsel Re: James G. Robinson v. Thomas W. Glynn, et al.
Civil No. JFM-98-4168

Dear Counsel:

I have reviewed James Robinson's motion to compel discovery from Thomas W. Glynn.

The motion is denied. Since this case is to be tried non-jury, in the event that the court holds that Thomas Glynn is liable for punitive damages, the trial can be suspended and information concerning his net worth (and any appropriate discovery about it) can then be provided.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File