IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES G. ROBINSON             *
                              *
   v.                         *   Civil No. JFM-98-4168
                              *
THOMAS W. GLYNN, ET AL.       *
                           *****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 7th day of May 2002

ORDERED that James Robinson's motion to compel discovery from Thomas W. Glynn is denied.

_____
J. Frederick Motz
United States District Judge