IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

------------------------------x
JAMES G. ROBINSON,                :
                                  :   Case Nos.   JFM-98-4168
            Plaintiff,            :               JFM-99-1956
                                  :               (Consolidated)
        v.                        :
                                  :
THOMAS W. GLYNN, et al.,          :
                                  :
            Defendants.           :
------------------------------x

## ORDER

UPON CONSIDERATION of Plaintiff James G. Robinson's "Motion for Leave to Exceed Maximum Page Limit," there being no opposition thereto, it is hereby this ___2nd___ day of ___July_____, 2002,

ORDERED, that Plaintiff, James G. Robinson has leave to exceed the page limitations established by Local Rule 105 (3), and may file a Memorandum Opposing Defendant Thomas W. Glynn's and Glynn Scientific Inc.'s Motion for Summary Judgment which may be up to 75 pages in length, excluding exhibits and tables of content.

_____
Frederick J. Motz, Judge
United States District Court