IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES G. ROBINSON, et al. | * | |
| | * | CIVIL NO. JFM-98-4168 |
| | * | |
| v. | * | and |
| | * | |
| GEO LICENSING COMPANY, L.L.C., et al. | * | CIVIL NO. JFM-99-1956 (Consolidated) |

\* \* \* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF CO-COUNSEL FOR DEFENDANT GEOPHONE COMPANY, L.L.C.

Defendant/Cross-Claimant/Third Party Claimant GeoPhone Company, L.L.C. hereby substitutes Jonathan P. Kagan for Alexander J. May as co-counsel for GeoPhone along with Rignal W. Baldwin, Jr.

_____
Rignal W. Baldwin, Jr.
Bar No. # 01219

_____
Jonathan P. Kagan
Bar No. # 023181

_____
Alexander J. May
Bar No. #023997

Brassel & Baldwin, P.A.
112 West Street
Annapolis, Maryland 21401-2802
(410) 974-9200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12TH day of July, 2002, I served, via first-class United States Mail, a true and accurate copy of the foregoing to:

Richard L. Brusca, Esquire
Gregory Haroutouian, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

and on July 15, 2002, hand-delivered a true and accurate copy of the foregoing to:

Marc Seldin Rosen, Esquire
Timothy C. Lynch, Esquire
SHAR, ROSEN & WARSHAW, LLC
26 South Street
Baltimore, MD 21202-2172

_____
Rignal W. Baldwin, Jr.

2