IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES G. ROBINSON                *
                                 *
v.                               *   Civil Nos. JFM-98-4168 and JFM-99-1956
                                 *
THOMAS W. GLYNN, ET AL.          *
                              *****

ORDER

Defendants' unopposed motion for leave to exceed maximum page limit is granted.

Date: July 23, 2002

J. Frederick Motz
United States District Judge