IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES G. ROBINSON, et al. | * | |
| v. | * | Civil No. JFM-98-4168 |
| GEO LICENSING COMPANY, L.L.C., et al. | * | |

*****

| | | |
|---|---|---|
| THOMAS W. GLYNN., et al. | * | |
| v. | * | Civil No. JFM-99-1956 |
| GEOPHONE COMPANY, L.L.C. | * | |

For the reasons stated in the accompanying memorandum, it is, this 2nd day of January 2003

ORDERED that

1. Defendants' motion for summary judgment is granted for Count I;

2. Counts II-IV and all cross-claims, counter-claims, and third-party complaints in Civil No. JFM 98-4168 are dismissed without prejudice;

3. Glynn's cross-claim against GeoPhone, Civil No. JFM 99-1956, is dismissed without prejudice; and

4. These cases are closed.

J. Frederick Motz
United States District Judge

-14-